# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   www.pryorcashman.com

**Matthew S. Barkan**
Partner

Direct Tel: 212-326-0840
Direct Fax: 212-798-6927
mbarkan@pryorcashman.com

October 1, 2024

**VIA ECF**

Hon. Dale E. Ho
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10017

Re:   <u>UGX Brands, LLC et al. v. The City of Norfolk et al.</u>, 24 Civ. 5839 (S.D.N.Y.)

Dear Judge Ho:

We represent defendants Global Music Touring, LLC, Antonio Dowe, and Terrence Thornton p/k/a Pusha T (the "GMT Defendants") in the above-captioned matter. Pursuant to Rule 2(e) of the Court's Individual Rules and Practices in Civil Cases, we write to respectfully request an adjournment of the initial pretrial conference scheduled for October 3, 2024 (*see* ECF No. 12). This is the GMT Defendants' first request for an adjournment of the initial pre-trial conference.

The reason for the requested adjournment is that the undersigned's firm is just in the process of being retained by the GMT Defendants, and Plaintiffs and the GMT Defendants anticipate promptly submitting a proposed stipulation extending the GMT Defendants' time to answer, move, or otherwise respond to the Complaint until November 18, 2024 (the same date on which defendant The City of Norfolk's response to the Complaint is also due, *see* ECF No. 22). An adjournment of the initial pre-trial conference will permit counsel to the GMT Defendants necessary time to investigate this matter and get up to speed prior to the initial pretrial conference. Accordingly, the GMT Defendants request that the initial pre-trial conference be adjourned until the week of November 18, 2024, or thereafter, subject to the Court's convenience.

We have conferred with counsel for Plaintiffs, who consents to this request for an adjournment of the initial pretrial conference. The parties have no other scheduled appearance before the Court, and the requested adjournment affects no other scheduled deadlines.



Hon. Dale E. Ho
October 1, 2024
Page **2** of **2**

      We thank the Court for its consideration and remain available should the Court require further information.

Respectfully submitted,

Matthew S. Barkan

cc:    N. Keith White, Esq. (Counsel to Plaintiffs) (via ECF)

Application **GRANTED**.  The initial conference is ADJOURNED to December 5, 2024, 11:30 am ET. The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 962 550 288, followed by the pound sign (#).

The Clerk of Court is respectfully directed to close ECF No. 24.  SO ORDERED.

Date:   October 1, 2024
        New York, New York

Dale E. Ho
United States District Court Judge