UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UGX Brands, LLC et al.,<br><br>                              Plaintiffs,<br><br>           v.<br><br>The City of Norfolk et al.,<br><br>                              Defendants. | 24-CV-5839 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Pryor Cashman LLP ("Defense Counsel") currently represents The City of Norfolk d/b/a Seven Venues, Global Music Touring, LLC, Antonio Dowe, and Terrence Thornton p/k/a Pusha T (collectively, "Defendants") in this matter. On April 29, 2025, Defense Counsel filed a Motion to Withdraw as Attorney. ECF No. 50. It is hereby ORDERED that Defense Counsel and all Defendants, including all individual Defendants and representatives for the municipal and corporate Defendants, shall appear before this Court for an *ex parte* conference on **May 2, 2025, at 3:30 p.m. ET** to further discuss this matter. The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The Court will provide the conference dial-in information via e-mail to Defense Counsel, which is directed to provide that information to Defendants.

SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                                                    _____
                                                                           DALE E. HO
                                                                    United States District Judge