UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UGX Brands, LLC et al., <br><br>                           Plaintiffs, <br><br>           v. <br><br> The City of Norfolk et al., <br><br>                           Defendants. | 24-CV-5839 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

      Pryor Cashman LLP ("Defense Counsel") currently represents The City of Norfolk d/b/a Seven Venues, Global Music Touring, LLC, Antonio Dowe, and Terrence Thornton p/k/a Pusha T (collectively, "Defendants") in this matter. The *ex parte* conference scheduled for **May 2, 2025, at 3:30 p.m. ET is rescheduled to May 5, 2025 at 1:00 p.m. ET**. It is hereby ORDERED that Defense Counsel and all Defendants, including all individual Defendants and representatives for the municipal and corporate Defendants, shall appear before this Court for the conference. The conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The Court will provide the conference dial-in information via e-mail to Defense Counsel, which is directed to provide that information to Defendants. It is further ORDERED that Defense Counsel shall promptly provide a copy of this Order to all Defendants and Defendants' new counsel.

      SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                                DALE E. HO
                                                United States District Judge