UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UGX Brands, LLC et al.,<br><br>                      Plaintiffs,<br><br>        v.<br><br>The City of Norfolk et al.,<br><br>                      Defendants. | 24-CV-5839 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Pursuant to the *ex parte* conference held before the Court on May 5, 2025, new counsel for Defendants The City of Norfolk d/b/a Seven Venues, Global Music Touring, LLC, Antonio Dowe, and Terrence Thornton p/k/a Pusha T (collectively, "Defendants") shall enter notice(s) of appearance and/or motion(s) for leave to appear pro hac vice no later than **Thursday, May 8, 2025**.

SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                              DALE E. HO
                                              United States District Judge